IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles McCoy, :

    Plaintiff : Civil Action 2:08-cv-00553

v. : Judge Sargus

April D. Calesaric, : Magistrate Judge Abel
    Defendant
:

## ORDER

Plaintiff Charles McCoy's June 26, 2008 motion to dismiss this lawsuit (doc. 5) is GRANTED. This action is hereby DISMISSED on plaintiff's motion without prejudice.

7-1-2008
Edmund A. Sargus, Jr.
United States District Judge